1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7

8    VICTOR TOVAR,                                    Case No. 17-cv-05319-DMR (PR)

                    Petitioner,
9
                                                      **ORDER OF TRANSFER**
10            v.

11   R. RACKLEY, Warden,

                    Respondent.
12

13          Petitioner, a state prisoner, has filed this *pro se* petition for a writ of habeas corpus

14   pursuant to 28 U.S.C. § 2254, challenging the validity of his conviction obtained in the Santa

15   Barbara County Superior Court. Dkt. 1. He has paid the full filing fee.

16          On September 13, 2017, the Clerk of the Court informed Petitioner that this action has

17   been assigned to the undersigned Magistrate Judge. Dkt. 4. On October 12, 2017, Petitioner

18   consented to magistrate judge jurisdiction. Dkt. 6.

19          A petition for a writ of habeas corpus made by a person in custody under the judgment and

20   sentence of a state court of a State which contains two or more federal judicial districts may be

21   filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d).

22   The district court where the petition is filed, however, may transfer the petition to the other district

23   in the furtherance of justice. *See id*. Federal courts in California traditionally have chosen to hear

24   petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v.*

25   *Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal.

26   1968). If the petition is directed to the manner in which a sentence is being executed, e.g., if it

27   involves parole or time credits claims, the district of confinement is the preferable forum. *See*

28   Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

1    Here, Petitioner challenges a conviction and sentence incurred in the Santa Barbara County

2    Superior Court, which is within the venue of the Western Division of the Central District of

3    California. *See* 28 U.S.C. § 84(c). Therefore, the Western Division of the United States District

4    Court for the Central District of California has jurisdiction over this matter.

5    Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice,

6    this action is TRANSFERRED to the Western Division of the United States District Court for the

7    Central District of California. The Clerk shall transfer the case forthwith.

8    All remaining pending motions are TERMINATED on this court's docket as no longer

9    pending in this district.

10    IT IS SO ORDERED.

11    Dated: November 8, 2017

12

13    _____

14    DONNA M. RYU
      United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICTOR TOVAR,

               Plaintiff,

      v.

R. RACKLEY,

               Defendant.

Case No.  4:17-cv-05319-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 8, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Victor  Tovar ID: AF4814
Folsom State Prison
P.O. Box 715071
Represa, CA 95671

Dated: November 8, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU